IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW RAY RILEY, )<br>)<br>　　　　Petitioner, )<br>)<br>v. )<br>)<br>JANICE MELTON, Warden, )<br>)<br>　　　　Respondent. ) | Case No. CIV-06-799-T |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch pursuant to 28 U.S.C. § 636(b)(1)(b) on August 3, 2006. Judge Couch recommends the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus be transferred to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. § 2241(d).[1]

The record reflects Petitioner has neither filed a timely objection to the Report nor requested additional time to object. The Court finds Petitioner has waived further review of the transfer issue and, therefore, adopts the Report and Recommendation [Doc. 5] in its entirety.

This action is transferred to the United States District Court for the Northern District of Oklahoma.

---

[1] *Judge Couch also recommends the Motion for Leave to Proceed In Forma Pauperis [Doc. 2] be transferred for determination by the transferee court. (Report at 1, n.1.)*

IT IS SO ORDERED this 12th day of September, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE